In the Matter of the Claim of MAC WEINBERG, Respondent, against EAGLE CLOTHES et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued May 21, 1935; decided June 4, 1935.)

512

*William E. Lyons* for appellants.

*John J. Bennett, Jr., Attorney-General* (*Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.